FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 JUL -1 AM 8:05

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CARLTON W. COLEMAN, SR., )
                         )
       Petitioner,       )
                         )
v.                       )    CV 103-169
                         )    (Underlying CR 199-007)
UNITED STATES OF AMERICA,)
                         )
       Respondent.       )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's § 2255 motion is **DENIED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of the Government. The Petitioner's motions for discovery and an evidentiary hearing (doc. nos. 11 and 12) are **DENIED**.

SO ORDERED this 1st day of July, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

COLEMAN )

vs ) CASE NUMBER CV103-169/CR199-007

U.S.A. ) DIVISION AUGUSTA

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/1/05 , which is part of the official record of this case.

Date of Mailing: 7/1/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: J.H.
Joe Howell, Deputy Clerk

<u>Name and Address</u>

CARLTON W. COLEMAN, JR. SERVED AT PRISON ADDRESS
AMY LEE COPELAND

- [ ] Copy placed in Minutes
- [X] Copy given to Judge
- [X] Copy given to Magistrate